IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01801–WJM–KMT

TELLABS OPERATIONS, INC.,

    Plaintiff,

v.

JOHN T. COLE,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Stipulated Motion to Stay Pending Completion of Settlement" (Doc. No. 26, filed March 29, 2011) is GRANTED. The parties shall file a stipulated dismissal of the case or a status report advising of the progress of their settlement and anticipated date they will be able to file their stipulated dismissal on or before July 22, 2011. All discovery in this matter is STAYED until July 22, 2011.

Dated: April 5, 2011